IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| SOLMETEX, INC. | ) | Civil Action No.: |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | |
| | ) | 04-40024 |
| MAXIMUM SEPARATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

FILED
IN CLERK'S OFFICE

2004 FEB 17 A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

**PLAINTIFF'S DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, SolmeteX, Inc., makes the following disclosure:

1. SolmeteX, Inc., is not a subsidiary or affiliate of a publicly owned corporation.

2. There is no publicly owned corporation, not a party to this action, that has financial interest in the outcome.

Respectfully submitted,

SOLMETEX, INC.

Dated: 17 Feb. 2004

By: /s/ Jonathan W. Fitch
Jonathan W. Fitch (168510)
jwf@sally-fitch.com
Kurt S. Kusiak (559254)
ksk@sally-fitch.com
Trial Attorneys for Plaintiff
Sally & Fitch
225 Franklin Street, 30th Floor
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5542
Facsimile: (617) 542-1542

1

Of Counsel:

J. Robert Chambers (Ohio Reg. No. 0003942)
Bchambers@whepatent.com
Brett A. Schatz (Ohio Reg. No. 0072038)
Bschatz@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 421-7269
Attorneys for Plaintiff

K:\SXI\11\Statement of Financial Interest.doc