IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| SOLMETEX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUM SEPARATION SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-CV-40024 (NMG) |

## DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER SERVICE

The defendant, Maximum Separator Systems, Inc., moves this Court to dismiss this action for lack of personal jurisdiction and improper service under Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure.

A Memorandum and Declaration in support of this Motion are submitted herewith.

Dated: March 3, 2004

Respectfully submitted,

MAXIMUM SEPARATIONS SOLUTIONS, INC.

_____
John M. Skenyon (BBO #465,440)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Attorneys for Maximum Separations Solutions, Inc.

Of Counsel:

Rex B. Stratton, Esq.
Jennifer L. Jolley, Esq.
STRATTON BALLEW PLLC
1218 Third Avenue, Suite 1522
Seattle, WA 98101
Tel:   206-682-1496

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2004, I caused a true and correct copy of the foregoing DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER SERVICE, MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER SERVICE WITH EXHIBIT 1, AND DECLARATION OF CHRIS BRYANT WITH EXHIBITS A-D to be served on the attorneys of record at the following addresses as indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Jonathan W. Fitch, Esq.<br>Kurt S. Kusiak, Esq.<br>Sally & Fitch<br>225 Franklin Street, 30th Floor<br>Boston, MA  02110-2804<br>Tel.: (617) 542-5542<br>Fax: (617) 542-1542 | Attorneys for Plaintiff<br>Solmetex, Inc. |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| J. Robert Chambers, Esq.<br>Brett A. Schatz, Esq.<br>Wood, Herron & Evans, L.L.P.<br>2700 Carew Tower, 441 Vine Street<br>Cincinnati, OH  45202<br>Tel.: (513) 241-2324<br>Fax: (513) 421-7263 | Attorneys for Plaintiff<br>Solmetex, Inc. |

_____
John M. Skenyon

20814379.doc