IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| SOLMETEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAXIMUM SEPARATION SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 04-CV-40024 (NMG) |

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT

The undersigned hereby gives notice that he appears in the above-captioned case on behalf of the defendant, which appearance is, at this time, limited to the defendant's Motion to Dismiss.

Dated: March 3, 2004

Respectfully submitted,

FISH & RICHARDSON P.C.

_____
John M. Skenyon (BBO #465,440)
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2004, I caused a true and correct copy of the foregoing ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT, to be served on the attorneys of record at the following addresses as indicated:

**BY HAND DELIVERY**

Jonathan W. Fitch, Esq.  
Kurt S. Kusiak, Esq.  
Sally & Fitch  
225 Franklin Street, 30th Floor  
Boston, MA 02110-2804  
Tel.: (617) 542-5542  
Fax: (617) 542-1542  

Attorneys for Plaintiff  
Solmetex, Inc.

**BY FEDERAL EXPRESS**

J. Robert Chambers, Esq.  
Brett A. Schatz, Esq.  
Wood, Herron & Evans, L.L.P.  
2700 Carew Tower, 441 Vine Street  
Cincinnati, OH 45202  
Tel.: (513) 241-2324  
Fax: (513) 421-7263  

Attorneys for Plaintiff  
Solmetex, Inc.

_____  
John M. Skenyon

20815861.doc