IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| SOLMETEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAXIMUM SEPARATION SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 04-CV-40024 (NMG) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, FRCP, the defendant discloses that it is not a publicly traded entity nor is it owned by a publicly traded entity.

Dated: March 3, 2004

Respectfully submitted,

MAXIMUM SEPARATIONS SOLUTIONS, INC.

_____
John M. Skenyon (BBO #465,440)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906
Attorneys for Maximum Separations Solutions, Inc.

Of Counsel:

Rex B. Stratton, Esq.
Jennifer L. Jolley, Esq.
STRATTON BALLEW PLLC
1218 Third Avenue, Suite 1522
Seattle, WA 98101
Tel:   206-682-1496
Fax:   206-682-0446

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2004, I caused a true and correct copy of the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT to be served on the attorneys of record at the following addresses as indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Jonathan W. Fitch, Esq.<br>Kurt S. Kusiak, Esq.<br>Sally & Fitch<br>225 Franklin Street, 30th Floor<br>Boston, MA 02110-2804<br>Tel.: (617) 542-5542<br>Fax: (617) 542-1542 | Attorneys for Plaintiff<br>Solmetex, Inc. |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| J. Robert Chambers, Esq.<br>Brett A. Schatz, Esq.<br>Wood, Herron & Evans, L.L.P.<br>2700 Carew Tower, 441 Vine Street<br>Cincinnati, OH 45202<br>Tel.: (513) 241-2324<br>Fax: (513) 421-7263 | Attorneys for Plaintiff<br>Solmetex, Inc. |

_____
John M. Skenyon

20815851.doc