IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | | |
|---|---|---|
| MAXIMUM SEPARATION SYSTEMS, INC. | ) ) ) | Civil Action No.: 04-CV-00324 |
| | ) | Judge: Burgess |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SOLMETEX, INC. | ) ) | |
| Defendant. | ) ) | |

### AFFIDAVIT OF OWEN E. BOYD

I, Owen E. Boyd, being first duly cautioned and sworn, state that:

1. I am the Chief Executive Officer of SolmeteX, Inc. ("SolmeteX"). I have personal knowledge of the matters stated herein and would so testify if called upon to give testimony in this matter.

2. SolmeteX is a Delaware corporation having its headquarters in Northborough, Massachusetts, which is located a few miles from Worcester, Massachusetts.

3. I am employed by SolmeteX at its headquarters in Northborough, Massachusetts.

4. I reside nearby Northborough, Massachusetts and approximately forty (40) miles from Worcester, Massachusetts.

5. From its headquarters in Massachusetts, SolmeteX manages all aspects of its dental amalgam separators business. This includes development and manufacture of specialized technology for the safe and economic removal of heavy metal contaminants. In particular,

1

SolmeteX designs and manufactures its dental amalgam separators at its headquarters in Massachusetts. SolmeteX also sells and distributes dental amalgam separators from Massachusetts. Accounting, marketing, and customer service activities also take place there.

6. I have personal knowledge of the design and construction of SolmeteX's dental amalgam separators and would testify thereto if called upon to do so.

FURTHER AFFIANT SAYETH NAUGHT.

Date: 3/12/04

_Owen E. Boyd_

STATE OF _Massachusetts_ )
                         ) ss:
COUNTY OF _Worcester_    )

Subscribed and sworn to before me this _12th_ day of _March_, 2004.

_Notary Public_

My Commission Expires: _June 20, 2008_

(SEAL)

K:\SXI\12\Affidavit Boyd.doc

MILTON H. BUNKER
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jun 20, 2008