


# Welcome to MAXIMUM Separation Systems Inc.

## Maximum Separation Systems Inc.'s Shipping and Contact Information Is:

Maximum Separation Systems Inc.
6588 Sooke Rd
Sooke B.C.
Canada
V0S 1N0

Toll Free: 1-800-799-7147
Tel: (250) 642-1787
Fax: (250) 642-1393

Email: info@amalgamseparators.com

Grab our brochure here:

U.S. Patent: 6,592,754 Canadian Patent: 2,335,586 U.K. Patent: GB 2358594

Site Map | Main | Product | Background |
Purchase | Engineering | Questions |
Licensing | News | Contact Info