IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| SOLMETEX, INC. | ) | Civil Action No.: 04-cv-40024-NMG |
| | ) | |
| Plaintiff, | ) | Judge: Gorton |
| | ) | |
| v. | ) | |
| | ) | |
| MAXIMUM SEPARATION | ) | **PROOF OF SERVICE ON** |
| SYSTEMS, INC. | ) | **DEFENDANT MAXIMUM** |
| | ) | **SEPARATION SYSTEMS, INC.** |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 4(l), Plaintiff SolmeteX, Inc. effected service on Defendant Maximum Separation Systems, Inc. on or about March 15, 2004, in accordance with the provisions of the Convention On The Service Abroad Of Judicial And Extrajudicial Documents In Civil Or Commercial Matters. Verification of service on Defendant Maximum Separation Systems, Inc. is set forth in the Affidavit of Brett A. Schatz attached hereto as Exhibit A.

Respectfully submitted,

SOLMETEX, INC.

Dated: 5 April 2004

By: /s/ Kurt S. Kusiak
Jonathan W. Fitch (168510)
jwf@sally-fitch.com
Kurt S. Kusiak (559254)
ksk@sally-fitch.com
Trial Attorneys for Plaintiff
Sally & Fitch
225 Franklin Street, 30th Floor
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5542
Facsimile: (617) 542-1542

1

Of Counsel:

J. Robert Chambers  (Ohio Reg. No. 0003942)
Bchambers@whepatent.com
Brett A. Schatz (Ohio Reg. No. 0072038)
Bschatz@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202
Telephone:  (513) 241-2324
Facsimile:   (513) 241-6234
Attorneys for Plaintiff
K:\SXI\12\SolmeteX Proof of Service.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Skenyon, counsel for Maximum Separation Systems, Inc., and I herby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants: Jennifer L. Jolley and Rex B. Stratton, counsel for Maximum Separation Systems, Inc., Stratton Ballew, Suite 1313, 1218 Third Avenue, Seattle, Washington 98101.

_____
Kurt S. Kusiak





**Province of British Columbia**  **Ministry of the Attorney General**    Room 208, 553 Superior Street
Victoria, British Columbia
V8V 1X4

ORDER IN COUNCIL
ADMINISTRATION

Telephone: (250) 387-0725
Fax: (250) 387-4349

10,700-20/Ohio/U.S.A.                                                    2003-325

March 17, 2004

Mr. Brett A. Schatz
Wood, Herron @ Evans L.L.P.
2700 Carew Tower, 441 Vine Street
Cincinnati, Ohio  45202
U.S.A.

*RECEIVED 2004 MAR 29 AM 10:45 WOOD, HERRON & EVANS*

Dear Mr. Schatz:

Re:  Service of Documents Pursuant to the Hague
     Convention on the Service Abroad of Judicial or
     Extra-Judicial Documents in Civil or Commercial
     Matters - **Maximum Seperation Systems Inc., 6588
     Sooke Road, Victoria, BC  V0S 1N0  Canada**

The above-referenced documents have been served upon
**Maximum Seperation Systems Inc.**, as requested pursuant to
the terms and conditions of the Hague Convention on the
Service Abroad of Judicial or Extrajudicial Documents in
Civil or Commercial Matters.

The completed Certificate is enclosed along with
supporting documents.

Also enclosed is a receipt in the amount of $38.94 US.

Thank you.

Yours truly,

*Barbara Emerson*
Barbara Emerson
Central Authority Administrator

Enclosures

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
1) that the document has been served *
- the (date) ___15 - MARCH - 2004___
- at (place, street, number) ___1756 ISLAND HWY, COLWOOD, B.C. CANADA___
- In one of the following methods authorized [*38] by article 5 --
    (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention *.
    (b) in accordance with the following particular method *: ___OFFICER OF COMPANY___
    (c) by delivery to the addressee, who accepted it voluntarily *.

The documents referred to in the request have been delivered to:
- (identity and description of person) ___RICHARD CHILIBECK (OFFICER OF COMPANY)___
- relationship to the addressee (family, business or other): _____

2) that the document has not been served, by reason of the following facts *: ___//___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *

*Annexes*
Documents returned: ___SUMMONS AND EXHIBIT___

In appropriate cases, documents establishing the service: _____

Done at ___COLWOOD, B.C.___, the ___15___ day of ___MARCH___, 2004.

P/S ___[signature]___ #593

Signature and/or stamp.

* Delete if inappropriate.

Senior Deputy Sheriff
Ministry of Attorney General
Western Communities Courthouse
1756 Island Highway
Victoria, British Columbia
V9B 1H8

## REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, the 15th of November 1965.

**Identity and address [*37] of the applicant:**

    Brett A. Schatz

    Wood, Herron & Evans, L.L.P.

    2700 Carew Tower, 441 Vine Street

    Cincinnati, Ohio 45202

    Plaintiff's Attorneys

**Address of receiving authority:**

    Ms. Barbara Emerson
    OIC Office
    Ministry of Attorney General
    Room 208
    553 Superior Street
    Victoria, British Columbia
    V8V 1X4

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

    Maximum Separation Systems, Inc., 6588 Sooke Road, Sooke, British Columbia, Canada, V0S 1N0

(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5) *:

    Served personally on the company. Either Mr. Chris Bryant or other officer must be served.

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes * -- with a certificate as provided on the reverse side.

*List of documents:* Summons and Complaint With Attachments

    Done at Cincinnati, Ohio, the 10th day of March, 2004.

                                                             Brett A. Schatz

* Delete if inappropriate.

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, the 15th of November 1965

(article 5, fourth paragraph)

Name and address of the requesting authority:
   Brett A Schatz, Wood, Herron & Evans, L.L.P.
   2700 Carew Tower, 441 Vince Street
   Cincinnati, Ohio 45202
   Service requested pursuant to Rule 4(f)(1) and 4(f)(2)(A), U.S. Federal Rules of Civil Procedure.


### JUDICIAL DOCUMENT **

Nature and purpose [*39] of the document:
   Complaint in The United States District Court For The District of
   Massachusetts, Worcester Division, Civil Action No.: 04-cv-40024-NMG
   SolmeteX, Inc. v. Maximum Separation Systems, Inc.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
   Declaratory judgment of non-infringement and invalidity
   of U.S. Patent No. 6,692,636.

Date and place for entering appearance **:
   Defendant is required to file a response to the Complaint
   with the Court within 20 days after receiving the Summons and Complaint.


\* If appropriate, identity and address of the person interested in the transmission of the document.
\*\* Delete if inappropriate.


COPIE CETIFIEE CONFORME a L'ORIGINAL

La Haye, le 23 mai 1966

Le Conseiller des Traites au Ministere des Affaires Etrangeres des Pays-Bas,

PROF. DR. A. M. STUYT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| SOLMETEX, INC. | ) | Civil Action No.: 04-cv-40024-NMG |
| | ) | |
| Plaintiff, | ) | Judge: Gorton |
| | ) | |
| v. | ) | |
| | ) | |
| MAXIMUM SEPARATION | ) | **AFFIDAVIT OF** |
| SYSTEMS, INC. | ) | <u>**BRETT A. SCHATZ**</u> |
| | ) | |
| Defendant. | ) | |

I, Brett A. Schatz, being duly sworn, declare the following.

1. I am not a party to this action, and am over the age of 18 years and reside in the state of Ohio;

2. On or about March 10, 2004, I forwarded by United Parcel overnight courier to the Ministry of the Attorney General for British Columbia copies of each of the following documents for personal service on Maximum Separation Systems, Inc.:

   (1) Complaint with Attachments;

   (2) Summons; and

   (3) Request for Service Abroad of Judicial or Extrajudicial Documents.

3. On or about March 29, 2004, I, as an associate at law firm of Wood, Herron & Evans, L.L.P., and co-counsel for plaintiff SolmeteX, Inc. in this action, received from the British Columbia Ministry of the Attorney General, the executed Certificate for the Request For Service Abroad Of Judicial Or Extrajudicial Documents, attesting that Maximum Separation

1

Systems, Inc. was personally served with the Summons and Complaint in the present action on March 15, 2004. A Copy of the executed certificate is attached hereto as Exhibit 1.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brett A. Schatz

STATE OF OHIO           )
                        ) ss
COUNTY OF HAMILTON      )

Subscribed and sworn to before me this 30th day of March, 2004.

_____
Notary Public

(SEAL)

ANITA L. FREEMAN
Notary Public, State of Ohio
My Commission Expires
September 25, 2006

K:\SXI\12\Affidavit of Brett Schatz-Service.doc

2