IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| SOLMETEX, INC. | ) | Civil Action No.: 04-CV-40024-NMG |
| | ) | |
| Plaintiff, | ) | Judge:  Gorton |
| | ) | |
| v. | ) | |
| | ) | |
| MAXIMUM SEPARATION | ) | |
| SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED]**
**ORDER**


This matter is pending before the Court on Plaintiff's Motion to Consolidate.

Now, on considering the moving papers, exhibits thereto and the arguments of counsel for both

parties, and due deliberation having been had, it is ORDERED AND ADJUDGED that said

motion is GRANTED.



Dated this _____ day of _____, 2004.


_____
UNITED STATES DISTRICT JUDGE


K:\SXI\12\Massachusetts\Proposed Order to Consolidate.doc