## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2004, I caused a true and correct copy of the foregoing DEFENDANT'S OPPOSITION TO MOTION TO CONSOLIDATE FOR LACK OF PERSONAL JURISDICTION AND AFFIDAVIT OF RICHARD CHILIBECK IN OPPOSITION TO MOTION TO CONDSOLIDATE WITH EXHIBITS A, B, C, D, and F to be served on the attorneys of record at the following addresses as indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Jonathan W. Fitch, Esq.<br>Kurt S. Kusiak, Esq.<br>Sally & Fitch<br>225 Franklin Street, 30th Floor<br>Boston, MA 02110-2804<br>Tel.: (617) 542-5542<br>Fax: (617) 542-1542 | Attorneys for Plaintiff<br>Solmetex, Inc. |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| J. Robert Chambers, Esq.<br>Brett A. Schatz, Esq.<br>Wood, Herron & Evans, L.L.P.<br>2700 Carew Tower, 441 Vine Street<br>Cincinnati, OH 45202<br>Tel.: (513) 241-2324<br>Fax: (513) 421-7263 | Attorneys for Plaintiff<br>Solmetex, Inc. |

_____
Michael E. Zeliger

20846082.doc