UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD H. CHILIBECK, an individual, and MAXIMUM SEPARATIONS SYSTEMS, INC., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLMETEX, INC., a Delaware corporation,<br><br>Defendant. | Case No. C04-0324FDB<br><br>ORDER DENYING RECONSIDERATION |

Plaintiff moves for reconsideration reiterating its contentions that it has sufficient contacts with the State of Washington to foreclose transfer of this cause of action.

There is pending in Massachusetts the first-filed lawsuit involving the patent at issue: *SolmeteX, Inc. v. Maximum Separation Systems, Inc.*, Cause No. 04-CV-40024 (claiming Maximum Separation's patent is void). Maximum Separation's lawsuit in this court alleges infringement by SolmeteX of the patent. The Court is not convinced that transfer was inappropriate. Accordingly

IT IS ORDERED: Plaintiff's Motion for Reconsideration (Doc. # 16) is DENIED.

DATED this 30th day of April, 2004.

*S/ Franklin D. Burgess*
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1