IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| SOLMETEX, INC. | ) | Civil Action No.: 04-CV-40024-FDS |
| | ) | |
| Plaintiff, | ) | Judge: Saylor |
| | ) | |
| v. | ) | |
| | ) | |
| MAXIMUM SEPARATION | ) | |
| SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO EXTEND SCHEDULING CONFERENCE

The parties to this action respectfully request that this Court extend the date for the Scheduling Conference, which is currently scheduled for December 10, 2004, until February 10, 2005. The parties are also in agreement that the Defendant may have additional time, until January 31, 2005, to file an Answer.

As grounds for this Motion, the parties say as follows:

1. The parties are presently involved in what appear to be fruitful settlement discussions.

2. The allowance of this Motion will not prejudice any party and will serve the interests of justice and judicial economy.

WHEREFORE, the parties respectfully request that this Court allow the requested extension.

                                        Respectfully submitted,

                                        SOLMETEX, INC.

Dated: 23 Nov, 2004

                                        Jonathan W. Fitch (BBO #168510)
                                        jwf@sally-fitch.com
                                        Kurt S. Kusiak (BBO #559254)
                                        ksk@sally-fitch.com
                                        Attorneys for Plaintiff
                                        SALLY & FITCH LLP
                                        225 Franklin Street, 30th Floor
                                        Boston, MA 02110-2804
                                        Tel: (617) 542-5542  Fax: (617) 542-1542

Of Counsel:
J. Robert Chambers (Ohio Reg. No. 0003942)
Bchambers@whepatent.com
Brett A. Schatz (Ohio Reg. No. 0072038)
Bschatz@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202
Tel: (513) 241-2324  Fax: (513) 241-6234


                                        MAXIMUM SEPARATION SYSTEMS, INC.

                                        John M. Skenyon (by K.S. Kusiak)
                                        John M. Skenyon (BBO #465440)
                                        skenyon@fr.com
                                        Fish & Richardson P.C.
                                        225 Franklin Street
                                        Boston, MA 02110-2804
                                        Tel.: (617) 542-5070  Fax: (617) 542-8906

Of Counsel:
Rex B. Stratton, Esquire
Jennifer L. Jolley, Esquire
Stratton Ballew PLLC
1411 Fourth Avenue, Suite 850
Seattle, WA 98101
Tel.: (206) 682-1496  Fax: (206) 682-0446

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Skenyon, counsel for Maximum Separation Systems, Inc., and I herby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants: Jennifer L. Jolley and Rex B. Stratton, counsel for Maximum Separation Systems, Inc., Stratton Ballew PLLC, 1411 Fourth Avenue, Suite 850, Seattle, Washington 98101.

_____
Kurt S. Kusiak