IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| SOLMETEX, INC. | ) | Civil Action No.: 04-CV-40024-FDS |
| | ) | |
| Plaintiff, | ) | Judge: Saylor |
| | ) | |
| v. | ) | |
| | ) | |
| MAXIMUM SEPARATION | ) | |
| SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**THIRD JOINT MOTION TO EXTEND SCHEDULING CONFERENCE**

The parties to this action respectfully request that this Court once again extend the date for the Scheduling Conference, which is currently scheduled for March 10, 2005 until April 11, 2005 (or whatever date best suits the Court). The parties are also in agreement that the Defendant may have additional time, until March 31, 2005, to file an Answer.

As grounds for this Motion, the parties say as follows:

1. The parties have made substantial progress in settlement discussions and are hopeful that they can complete an agreement in the next 30 days.

2. The allowance of this Motion will not prejudice any party and will serve the interests of justice and judicial economy.

WHEREFORE, the parties respectfully request that this Court allow the requested extension.

Respectfully submitted,

SOLMETEX, INC.

Dated: 28 Feb 2005

*/s/ Kurt S. Kusiak*
Jonathan W. Fitch (BBO #168510)
jwf@sally-fitch.com
Kurt S. Kusiak (BBO #559254)
ksk@sally-fitch.com
Attorneys for Plaintiff
SALLY & FITCH LLP
225 Franklin Street, 30th Floor
Boston, MA 02110-2804
Tel: (617) 542-5542  Fax: (617) 542-1542

Of Counsel:
J. Robert Chambers (Ohio Reg. No. 0003942)
Bchambers@whepatent.com
Brett A. Schatz (Ohio Reg. No. 0072038)
Bschatz@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202
Tel: (513) 241-2324  Fax: (513) 241-6234

MAXIMUM SEPARATION SYSTEMS, INC.

*/s/ John M. Skenyon (by K.S. Kusiak per Mr. Skenyon's permission)*
John M. Skenyon (BBO #465440)
skenyon@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070  Fax: (617) 542-8906

Of Counsel:
Rex B. Stratton, Esquire
Jennifer L. Jolley, Esquire
Stratton Ballew PLLC
1411 Fourth Avenue, Suite 850
Seattle, WA 98101
Tel.: (206) 682-1496  Fax: (206) 682-0446

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Skenyon, counsel for Maximum Separation Systems, Inc., and I herby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants: Jennifer L. Jolley and Rex B. Stratton, counsel for Maximum Separation Systems, Inc., Stratton Ballew PLLC, 1411 Fourth Avenue, Suite 850, Seattle, Washington 98101.

Kurt S. Kusiak