AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

SOLMETEX, INC.

    Plaintiff,

v.

MAXIMUM SEPARATION SYSTEMS, INC.,

    Defendant.

**APPEARANCE**

Case Number: 04-CV-40024 (FDS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Maximum Separations Solutions, Inc.

    I certify that I am admitted to practice in this court.

| 3/31/2005 | *[signature]* |
|---|---|
| Date | Signature |
| | Jolynn M. Lussier     564,636 |
| | Print Name     Bar Number |
| | Fish & Richardson P.C., 225 Franklin St |
| | Address |
| | Boston    MA    02110 |
| | City    State    Zip Code |
| | (617) 542-5070    (617) 542-8906 |
| | Phone Number    Fax Number |