IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| SOLMETEX, INC. | ) | Civil Action No.: 04-CV-40024-FDS |
| | ) | |
| Plaintiff, | ) | Judge: Saylor |
| | ) | |
| v. | ) | |
| | ) | |
| MAXIMUM SEPARATION | ) | |
| SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

The parties, through their respective attorneys, hereby stipulate to the dismissal with prejudice of the instant action pursuant to Rule 41 of the Federal Rules of Civil Procedure. All claims, counterclaims, and all other claims raised or asserted in this action are hereby dismissed with prejudice. Each party bears its own costs and attorneys fees.

SOLMETEX, INC.

By: _____
Jonathan W. Fitch (168510)
jwf@sally-fitch.com
Kurt S. Kusiak (559254)
ksk@sally-fitch.com
Trial Attorneys for Plaintiff
Sally & Fitch
225 Franklin Street, 30th Floor
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5542
Facsimile: (617) 542-1542

Of Counsel:

MAXIMUM SEPARATION SYSTEMS, INC.

By: _____
John M. Skenyon (BBO #465440)
skenyon@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Of Counsel:

1

J. Robert Chambers (Oh. 0003942)  
Bchambers@whepatent.com  
Brett A. Schatz (Oh. 0072038)  
Bschatz@whepatent.com  
WOOD, HERRON & EVANS, L.L.P.  
2700 Carew Tower, 441 Vine Street  
Cincinnati, Ohio 45202  
Telephone: (513) 241-2324  
Facsimile: (513) 241-6234  

Rex B. Stratton, Esquire  
Jennifer L. Jolley, Esquire  
Stratton Ballew PLLC  
1411 Fourth Avenue, Suite 850  
Seattle, WA 98101  
Tel.: (206) 682-1496  
Fax: (206) 682-0446  

K:\SXI\12\Massachusetts\Stipulation of Dismissal.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Skenyon, counsel for Maximum Separation Systems, Inc., and I herby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants: Jennifer L. Jolley and Rex B. Stratton, counsel for Maximum Separation Systems, Inc., Stratton Ballew, Suite 1313, 1218 Third Avenue, Seattle, Washington 98101.

_____
Kurt S. Kusiak